## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Rae Couch,   Civil No. 15-2770 (RHK/BRT)

              Plaintiff,   **ORDER OF DISMISSAL**

v.

NCO Financial Systems, Inc.,

              Defendant.

---

The Court having been advised that this action has been settled (Doc. No. 18), **IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE**, with the Court retaining jurisdiction for 60 days to permit any party to move to reopen for good cause shown or to seek enforcement of the settlement terms.

It is **FURTHER ORDERED** that all motions currently pending are **DENIED** as moot.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: March 11, 2016

                                                        s/Richard H. Kyle
                                                         RICHARD H. KYLE
                                                         United States District Judge