# UNITED STATES DISTRICT COURT
## District of Minnesota

Rae Couch,

                Plaintiff,

v.

NCO Financial Systems, Inc.,

                Defendant(s).

**JUDGMENT IN A CIVIL CASE**

Case Number:  15-cv-2770 RHK/BRT

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

This action is **DISMISSED WITH PREJUDICE**, with the Court retaining jurisdiction for 60 days to permit any party to move to reopen for good cause shown or to seek enforcement of the settlement terms.

It is **FURTHER ORDERED** that all motions currently pending are **DENIED** as moot.

Date: 3/11/2016

RICHARD D. SLETTEN, CLERK

s/M. Price

(By)                  M. Price, Deputy Clerk